AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

``                                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

KEITH DWIGHT FREEMAN,
        Defendant.

**APPEARANCE**

Case Number:   08MJ1626

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

KEITH DWIGHT FREEMAN

I certify that I am admitted to practice in this court.

| 5/29/2008 | /s/ JOSEPH McMULLEN |
|---|---|
| Date | Signature |

| Joseph McMullen / Federal Defenders of SD | 246757 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: May 29, 2008 | ____/s/ Joseph McMullen_____<br>JOSEPH McMULLEN<br>Federal Defenders of San Diego, Inc.<br>225 Broadway, Suite 900<br>San Diego, CA 92101-5030<br>(619) 234-8467 (tel)<br>(619) 687-2666 (fax)<br>e-mail: Joseph_McMullen@fd.org |