UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1626 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| Keith Dwight Freeman ) | RELEASING MATERIAL WITNESS |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Antonio Lopez-Jara

DATED: 6-10-08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM      OR

W. SAMUEL HAMRICK, JR. Clerk

by R. Rhone
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95            ☆ U.S. GPO: 2003-581-774/70082