JAN ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE